ROBERT A. DOLINKO, CA State Bar No. 076256
DEBORAH R. SCHWARTZ, CA State Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
THOMSON FINANCIAL INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BONDERENKO,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMSON FINANCIAL CO., INC. THE THOMSON CORPORATION, a Corporation,<br><br>    Defendants. | Case No.: C 05 4774 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE EARLY NEUTRAL EVALUATION DEADLINE** |

Plaintiff Anna Bonderenko ("Plaintiff") and Defendant Thomson Financial Inc. ("Defendant") through their respective attorneys of record, stipulate and ask the Court to order as follows:

**RECITALS**

1. Pursuant to the Local Rules regarding alternative dispute resolution, the parties agreed to participate in an Early Neutral Evaluation ("ENE") in this matter.

2. The Court appointed David R. Foley to serve as the Early Neutral Evaluator and ordered the ENE to be completed by May 9, 2006.

3. During a conference call with Mr. Foley, the parties scheduled the ENE session for May 5, 2006.

1   4.   Plaintiff's counsel recently learned that Plaintiff will be out of town and unable to
2   attend the ENE session on May 5, 2006.
3   5.   The parties and their representatives have met and conferred and are all available
4   to participate in ENE on June 23, 2006.
5   6.   The parties have conferred with Mr. Foley regarding extending the ENE deadline.
6   Mr. Foley has confirmed that he is available on June 23, 2006.

## STIPULATION

The parties hereby agree and stipulate to extend the deadline to complete the Early Neutral Evaluation from May 9, 2006 to June 23, 2006.

Date: May 5, 2006                              BIEGLER ORTIZ & CHAN LLP


                                               By:    /S/
                                                    ROBERT P. BIEGLER
                                                    Attorney for Plaintiff
                                                    ANNA BONDERENKO

Date: May 5, 2006                              THELEN REID & PRIEST LLP


                                               By:    /S/ Deborah R. Schwartz
                                                    ROBERT A. DOLINKO
                                                    DEBORAH R. SCHWARTZ
                                                    Attorneys for Defendant
                                                    THOMSON FINANCIAL INC.

**ORDER**

It is ordered that the deadline to complete the Early Neutral Evaluation in this matter is extended from May 9, 2006 to June 23, 2006.

Dated: May 12, 2006



UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER