1  ROBERT A. DOLINKO, CA State Bar No. 076256
2  DEBORAH R. SCHWARTZ, CA State Bar No. 208934
   THELEN REID & PRIEST LLP
3  101 Second Street, Suite 1800
   San Francisco, California 94105-3601
4  Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
5
6  Attorneys for Defendant
   THOMSON FINANCIAL INC.
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BONDERENKO,<br><br>            Plaintiff,<br><br>    vs.<br><br>THOMSON FINANCIAL CO., INC. THE THOMSON CORPORATION, a Corporation,<br><br>            Defendants. | Case No.: C 05 4774 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT DEFENDANT THOMSON FINANCIAL INC. TO AMEND ITS ANSWER TO PLAINTIFF ANNA BONDERENKO'S COMPLAINT AND TO FILE A COUNTERCLAIM** |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1063232 v1                            -1-
STIPULATION AND [PROPOSED] ORDER TO PERMIT DEFENDANT THOMSON FINANCIAL INC. TO AMEND ITS ANSWER TO PLAINTIFF ANNA BONDERENKO'S COMPLAINT AND TO FILE A COUNTERCLAIM /Case No. C 05 4774 CRB

1   Plaintiff Anna Bonderenko and defendant Thomson Financial Inc., by and through their
2   respective counsel, do hereby STIPULATE AND AGREE AS FOLLOWS:

3   1.   Defendant Thomson Financial Inc. pleads the following additional affirmative
4   defense in its answer to Plaintiff Anna Bonderenko's Complaint as if it was plead in its original
5   answer: "Defendant alleges that each Cause of Action is subject to an offset in excess of $30,000
6   based upon Defendant having overpaid commissions to Plaintiff in 2005."

7   2.   Defendant Thomson Financial Inc. may file a Counterclaim (attached as Exhibit A)
8   against Ms. Bonderenko for the amount it claims it overpaid her on the DA Davidson transaction
9   in 2005.

Date:  May 26, 2006                BIEGLER ORTIZ & CHAN LLP


By:     /s/ Robert Biegler
       ROBERT P. BIEGLER
       Attorney for Plaintiff
       ANNA BONDERENKO

Date:  May 26, 2006                THELEN REID & PRIEST LLP


By:     /s/ Deborah Schwartz
       ROBERT A. DOLINKO
       DEBORAH R. SCHWARTZ
       Attorneys for Defendant
       THOMSON FINANCIAL INC.

**ORDER**

IT IS SO ORDERED.



Dated: May 30, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1063232 v1                              -2-
STIPULATION AND [PROPOSED] ORDER TO PERMIT DEFENDANT THOMSON FINANCIAL INC. TO AMEND ITS ANSWER TO
PLAINTIFF ANNA BONDERENKO'S COMPLAINT AND TO FILE A COUNTERCLAIM /Case No. C 05-4774 CRB