1  ROBERT A. DOLINKO, CA State Bar No. 076256
   DEBORAH R. SCHWARTZ, CA State Bar No. 208934
2  THELEN REID & PRIEST LLP
   101 Second Street, Suite 1800
3  San Francisco, California  94105-3601
   Telephone: (415) 371-1200
4  Facsimile: (415) 371-1211

5

   Attorneys for Defendant/Counterclaimant
6  THOMSON FINANCIAL INC.

7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10  ANNA BONDERENKO,                        Case No.: C 05 4774 CRB

11              Plaintiff,                   **FURTHER STATUS CONFERENCE
                                             STATEMENT AND [~~PROPOSED~~]**
12      vs.                                  **ORDER**

13  THOMSON FINANCIAL CO., INC. THE
    THOMSON CORPORATION, a Corporation,
14
                Defendants.
15

16  THOMSON FINANCIAL INC.,

17              Counterclaimant

18      vs.

19  ANNA BONDERENKO,

20              Counter-Defendant

21

22

23

24

25

26

27

28

-2-

1    The parties to the above-entitled action have orally agreed on a settlement of the

2  Complaint and the Counterclaim.  The parties have drafted a settlement agreement and are

3  working through minor revisions to that agreement.  The parties expect to file the Stipulation of

4  Dismissal with Prejudice within the next two weeks.   Accordingly, the parties respectfully request

5  that the Further Status Conference, currently scheduled for July 7, 2006 at 8:30 a.m., be taken off

6  calendar, or, in the alternative, be rescheduled for August 4, 2006 or a date thereafter convenient

7  to the Court.

8

9  Date:    June 30, 2006                          THELEN REID & PRIEST LLP

10

11                                                  By:___/S/ Deborah Schwartz_____

12                                                     ROBERT A. DOLINKO
                                                       DEBORAH R. SCHWARTZ
13                                                     Attorneys for Defendant/Counterclaimant
                                                       THOMSON FINANCIAL INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**STATUS CONFERENCE ORDER**

2      It is hereby ordered that the Status Conference, currently scheduled for July 7, 2006 at 8:30

3    a.m., will be taken off calendar.

4

5

6

7    Dated:        July 06, 2006

UNITED STATES DISTRICT CHAI



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28