```
 1  ROBERT P. BIEGLER, State Bar No. 88506
    WILLIAM E. THOMPSON, State Bar No. 147712
 2  BIEGLER, ORTIZ & CHAN LLP
    1107 9th Street, Suite 1025
 3  Sacramento, CA   95814
    Telephone: (916) 444-3971
 4  Facsimile:  (916) 444-3975
 5
    Attorneys for Plaintiff and Counter-Defendant
 6  ANNA BONDERENKO
 7
    ROBERT A. DOLINKO, State Bar No. 076256
 8  DEBORAH R. SCHWARTZ, State Bar No. 208934
    THELEN REID & PRIEST LLP
 9  101 Second Street, Suite 1800
    San Francisco, California  94105-3601
10  Telephone: (415) 371-1200
    Facsimile: (415) 371-1211
11
12  Attorneys for Defendant and Counterclaimant
    THOMSON FINANCIAL INC.
13
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BONDERENKO, | Case No.: C 05 4774 CRB |
| Plaintiff, | **STIPULATION OF DISMISSALS WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON** |
| vs. | |
| THOMSON FINANCIAL CO., INC., and THE THOMSON CORPORATION, a Corporation, | |
| Defendants. | |

1  THOMSON FINANCIAL INC.,
2          Counterclaimant
3     vs.
4  ANNA BONDERENKO,
5          Counter-Defendant
6

7  IT IS HEREBY STIPULATED by and between the undersigned Plaintiff/Counter-

8 Defendant Anna Bonderenko ("Bonderenko") and Defendant/Counterclaimant Thomson Financial

9 Inc. ("Thomson Financial"), by and through their counsel of record, that Bonderenko's entire

10 action against Thomson Financial is dismissed with prejudice, each party to bear her/its own costs

11 and attorneys' fees.

12  IT IS FURTHER STIPULATED that Thomson Financial's entire counterclaim against

13 Bonderenko is dismissed with prejudice, each party to bear her/its own costs and attorneys' fees.

14  The Court shall retain jurisdiction only to enforce the parties' settlement.

15  **IT IS SO STIPULATED.**

16 Date:  August 3, 2006                    BIEGLER ORTIZ & CHAN LLP

17

18

19                                          By:     /s/ Robert Biegler
                                                ROBERT P. BIEGLER
20                                              Attorney for Plaintiff
                                                ANNA BONDERENKO
21

22 Date:  August 3, 2006                    THELEN REID & PRIEST LLP

23

24                                          By:     /s/ Deborah Schwartz
                                                ROBERT A. DOLINKO
25                                              DEBORAH R. SCHWARTZ
                                                Attorneys for Defendant
26                                              THOMSON FINANCIAL INC.

27                                  **ORDER**

28

1  IT IS SO ORDERED.

2

3

4  Dated:    August 04, 2006

   _____
   UNITED STATES DISTRICT COURT JUDGE

   IT IS SO ORDERED
   Judge Charles R. Breyer